1

2

3

4

5

6

7

8

9

10

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11 ROBERTO HERRERA,                            ) | Case No. CV 12-1873-JAK (DTB) |

| | |
|---|---|
| ROBERTO HERRERA, | ) Case No. CV 12-1873-JAK (DTB) |
| Plaintiff, | ) |
|  | ) ORDER ACCEPTING FINDINGS, |
| vs. | ) CONCLUSIONS AND |
|  | ) RECOMMENDATIONS OF UNITED |
| PERRY, et al., | ) STATES MAGISTRATE JUDGE |
|  | ) |
| Defendants. | ) |
|  | ) |
|  | ) |

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended

19  Complaint, all the records and files herein, and the Report and Recommendation of

20  the United States Magistrate Judge.  Objections to the Report and Recommendation

21  have been filed herein.  Having made a de novo determination of those portions of the

22  Report and Recommendation to which objections have been made, the Court concurs

23  with and accepts the findings, conclusions and recommendations of the Magistrate

24  Judge.

25  / / /

26  / / /

27  / / /

28  / / /

1    IT THEREFORE IS ORDERED that defendants Havicant, Zesati and Perry's
2  Motion to Dismiss is granted; that plaintiff's Fourth Amended Complaint is
3  dismissed; and that Judgment be entered dismissing this action without prejudice, but
4  without further leave to amend.

5  DATED: June 6, 2014

6

7  _____
   JOHN A. KRONSTADT
8  UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2