JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO HERRERA, | Case No. CV 12-1873-JAK (DTB) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| PERRY, et al., | |
| Defendants. | |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice, but without further leave to amend.

DATED: June 6, 2014

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE